IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON HUGELMAN, | |
| Plaintiff, | **4:16CV3128** |
| vs. | |
| MENARD, INC., | **ORDER** |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED Defendant motion, (Filing No. 32), is granted as follows:

1.  The report of Plaintiff's retained expert, Terry L. Stentz, Ph.D., shall be disclosed, and his deposition shall be taken in accordance with the parties' agreement and the filed notice of deposition (Filing No. 34).

2.  All deadlines which were not expired as of September 5, 2017, and the trial and pretrial conference settings are vacated pending further order of the court.

3.  The telephone conference previously set for October 10, 2017 is continued and will be held on November 13, 2017 at 9:00 a.m. Counsel shall use the conferencing information assigned to this case (Filing No. 11) to participate in the call.

September 11, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge