IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON HUGELMAN, | |
| Plaintiff, | 4:16-CV-3128 |
| vs. | JUDGMENT |
| MENARD, INC., | |
| Defendant. | |

On the parties' Stipulation and Joint Motion to Dismiss (filing 41), this action is dismissed with prejudice, complete record waived, each party to bear its own costs.

Dated this 17th day of January, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge